# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. LOCKWOOD,<br><br>            Plaintiff,<br><br>      v.<br><br>OMAR MUHAMMAD, et al.,<br><br>            Defendants. | Case No. CV 12-03158-JLS (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that: (1) Defendants' Motion for Summary Judgment is GRANTED; (2) Plaintiff's Request for Summary Judgment is DENIED as moot; and (3) Judgment shall be entered dismissing this action without prejudice.

DATED: June 21, 2015

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE