# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. LOCKWOOD,<br><br>          Plaintiff,<br><br>    v.<br><br>OMAR MUHAMMAD, et al.,<br><br>          Defendants. | Case No. CV 12-03158-JLS (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: June 21, 2015

                                                      JOSEPHINE L. STATON
                                                    UNITED STATES DISTRICT JUDGE